BRONSTER FUJICHAKU ROBBINS
A Law Corporation
MARGERY S. BRONSTER     #4750
REX FUJICHAKU                       #7198
MATTHEW J. TERRY            #10361
1003 Bishop Street, Suite 2300
Honolulu, Hawai'i 96813
Telephone:  (808) 524-5644
Facsimile:  (808) 599-1881
Email:  mbronster@bfrhawaii.com
            rfujichaku@bfrhawaii.com
            mterry@bfrhawaii.com

ROBERT G. METHVIN, JR. (*pro hac vice*)
P. MICHAEL YANCEY (*pro hac vice*)
COURTNEY C. GIPSON (*pro hac vice*)
Methvin, Terrell, Yancey, Stephens & Miller, P.C.
2201 Arlington Avenue South
Birmingham, Alabama 35205
Telephone:  (205) 939-0199
Facsimile:  (205) 939-0399
Email:  rgm@mmlaw.net
            myancey@mtattorneys.com
            cgipson@mtattorneys.com

Attorneys for Plaintiff
KATHY RYAN INDIVIDUALLY AND IN HER
CAPACITY AS TRUSTEE OF THE BRODY
FAMILY TRUST

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| KATHY RYAN, INDIVIDUALLY, AND IN HER CAPACITY AS TRUSTEE OF THE BRODY FAMILY TRUST,<br><br>                    Plaintiff, | Case 1:18-cv-00406-ACK-RT<br><br>ORDER AND STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND ALL PARTIES |

|  |  |
|---|---|
| vs.<br><br>CHRISTOPHER S. SALISBURY, C. SALISBURY, LLC, ACCELERATED ESTATE PLANNING, LLC, CLARAPHI ADVISORY NETWORK, LLC, NATIONAL ASSET MANAGEMENT, INC., MICHAEL DIYANNI, LAKE FOREST BANK & TRUST COMPANY, N.A., WINTRUST LIFE FINANCE, AURORA CAPITAL ALLIANCE, SECURITY LIFE OF DENVER INSURANCE COMPANY AND ALEJANDRO ALBERTO BELLINI.<br><br>     Defendants. | **Trial: September 1, 2020**<br>**Judge: Hon. Alan C. Kay** |

## ORDER AND STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND ALL PARTIES

Plaintiff KATHY RYAN, INDIVIDUALLY, AND IN HER CAPACITY AS TRUSTEE OF THE BRODY FAMILY TRUST ("Plaintiff"), by and through her counsel, Bronster Fujichaku Robbins, and Defendants CHRISTOPHER S. SALISBURY, C. SALISBURY, LLC, ACCELERATED ESTATE PLANNING, LLC, CLARAPHI ADVISORY NETWORK, LLC, NATIONAL ASSET MANAGEMENT, INC., MICHAEL DIYANNI, LAKE FOREST BANK & TRUST COMPANY, N.A., WINTRUST LIFE FINANCE, AURORA CAPITAL ALLIANCE, SECURITY LIFE OF DENVER INSURANCE COMPANY and ALEJANDRO ALBERTO BELLINI, by and through their respective counsel,

hereby stipulate to dismiss with prejudice the above-captioned case pursuant to Fed. R. Civ. P. Rules 41(a)(1)(A)(ii) and Local Rule 41.1.  All parties to bear their own attorneys' fees and costs.  All other claims and parties are dismissed.  No other parties or issues remain in this case.  Trial has been scheduled to start the week of September 1, 2020.

DATED: Honolulu, Hawai'i, May14, 2020.

>  */s/ Rex Y. Fujichaku*
> MARGERY S. BRONSTER
> REX FUJICHAKU
> MATTHEW J. TERRY
> ROBERT G. METHVIN, JR. (*pro hac vice*)
> P. MICHAEL YANCEY (*pro hac vice*)
> COURTNEY C. GIPSON (*pro hac vice*)
> Attorneys for Plaintiff
> KATHY RYAN INDIVIDUALLY AND IN HER CAPACITY AS TRUSTEE OF THE BRODY FAMILY TRUST

DATED: Honolulu, Hawai'i, May14, 2020.

> */s/ Janine M. Lucas*
> MATTHEW C. SHANNON
> LIANNE T. CHUNG
> MILES D. HART (*pro hac vice*)
> MEAGAN LAMBERTI (*pro hac vice*)
> JANINE M. LUCAS (*pro hac vice*)
> Attorneys for Defendants
> CHRISTOPHER SALISBURY, C. SALISBURY LLC and ACCELERATED ESTATE PLANNING LLC

DATED: Honolulu, Hawai'i, May 14, 2020.

        */s/ Carl H. Osaki*
        CARL H. OSAKI
        TODD J. LANGFORD (*pro hac vice*)
        ANTON N. HANDAL (*pro hac vice*)
        Attorneys for Defendants
        AURORA CAPITAL ALLIANCE and
        ALEJANDRO ALBERTO BELLINI

DATED: Honolulu, Hawai'i, May 14, 2020.

        */s/ Jeffrey S. Portnoy*
        JEFFREY S. PORTNOY
        THEODORE D.C. YOUNG
        MALLORY T. MARTIN
        Attorneys for Defendant
        CLARAPHI ADVISORY NETWORK, LLC

DATED: Honolulu, Hawai'i, May 14, 2020.

        */s/ Diane S. Wizig*
        MAILE S. MILLER
        DAVID T. MCDOWELL (*pro hac vice*)
        DIANE S. WIZIG (*pro hac vice*)
        Attorneys for Defendant
        SECURITY LIFE OF DENVER
        INSURANCE COMPANY

---

*KATHY RYAN, INDIVIDUALLY, AND IN HER CAPACITY AS TRUSTEE OF THE BRODY FAMILY TRUST v. CHRISTOPHER S. SALISBURY, et al.*; Case 1:18-cv-00406-ACK-RT – ORDER AND STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND ALL PARTIES

DATED: Honolulu, Hawaiʻi, May 14, 2020.

*/s/ Michael Diyanni*
MICHAEL DIYANNI
Pro Se Defendant


APPROVED AND SO ORDERED:
DATED: Honolulu, Hawaiʻi, June 16, 2020.



Alan C. Kay
Sr. United States District Judge




*KATHY RYAN, INDIVIDUALLY, AND IN HER CAPACITY AS TRUSTEE OF THE BRODY FAMILY TRUST v. CHRISTOPHER S. SALISBURY, et al.*; Case 1:18-cv-00406-ACK-RT – ORDER AND STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND ALL PARTIES

5